IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>NOTSOLEANEILEEN@GMAIL.COM<br>KEWLMARGOD@GMAIL.COM<br>WILEYKYLIHUNT@GMAIL.COM<br><br>THAT ARE STORED AT PREMISES CONTROLLED BY GOOGLE, LLC. AT 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CALIFORNIA 94043 | Magistrate No. 19-720M(A) |

## MOTION TO UNSEAL SEARCH WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Heidi M. Grogan, Assistant United States Attorney for said district, and sets forth the following:

On April 11, 2019, a Search Warrant was issued in the above-captioned case.

The Search Warrant, Affidavit and Return were then ordered sealed pending search of the above-captioned email addresses.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Search Warrant, Affidavit and Return, due to the fact that the search has been executed, and there is no further need for the Search Warrant, Affidavit and Return to remain sealed.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: HEIDI M. GROGAN
Assistant U.S. Attorney
PA ID No. 203184